AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

_____*****_____DISTRICT OF___NEVADA_____

ASHLEY BENNETT,

                Plaintiff,

    V.

JUDGE DOUGLAS, et al.,

                Defendants.

### JUDGMENT IN A CIVIL CASE

CASE NUMBER: **3:06-cv-00554-LRH-VPC**

___   **Jury Verdict.** This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

___   **Decision by Court.** This action came to trial or hearing before the  Court.  The issues have been tried or heard and a decision has been rendered.

_X_   **Decision by Court.** This action came to be considered before the Court.  The issues have been considered and a decision has been rendered.

      **IT IS ORDERED AND ADJUDGED** that this action is DISMISSED.

  ___February 21, 2008___               **LANCE S. WILSON**
                                      Clerk

                               ___/s/ Kalani Lizares___
                                      Deputy Clerk